# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-3118
_____

Chris Erwin; T. Blake Mitchell

*Plaintiffs - Appellees*

v.

David Hudson, individually and in his official capacity as a Police Officer in and
for the City of Little Rock, Arkansas

*Defendant - Appellant*

Stuart Thomas, Chief of Police, individually and in his official capacity as Chief of
Police for the Little Rock Police Department; City of Little Rock, Arkansas;
Ferneau, LLC; Donnie Ferneau; John Does, 1-10

*Defendants*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: April 11, 2016
Filed: April 14, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Little Rock Police Officer David Hudson challenges the district court's[1] denial of summary judgment based on qualified immunity on an excessive-force claim raised by plaintiff Chris Erwin in a 42 U.S.C. § 1983 action. After careful review, see Shannon v. Koehler, 616 F.3d 855, 861 (8th Cir. 2010) (appellate court has jurisdiction to review denial of qualified immunity through interlocutory appeal under collateral order doctrine; appellate review in this circumstance is limited to determining whether conduct district court found sufficiently supported for summary judgment purposes violated plaintiff's clearly established rights); Krout v. Goemmer, 583 F.3d 557, 564 (8th Cir. 2009) (de novo review of legal issues is given to district court's determination that defendant is not entitled to qualified immunity), we conclude denial was appropriate for the reasons stated by the district court.

The denial of qualified immunity is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.